148 A.3d 751

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. RICHARD BARD (A/K/A RICHARD BARD, JR.),
DEFENDANT-PETITIONER.

Filed July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001016-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

148 A.3d 752

JOHN BUCHLER AND NANCY BUCHLER, PLAINTIFFS, v. CLUB REGATTA CONDO ASSOCIATION, DEFENDANT-RESPONDENT, AND SCOTTSDALE INDEMNITY COMPANY, DEFENDANT, v. WHITE ROGERS, A DIVISION OF EMERSON ELECTRIC CO., DEFENDANT-PETITIONER.AND ANOTHER RELATED CASE

Filed July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-1108/1456-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.